UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KHUONG VAN HUYNH (14),<br><br>                    Defendant. | NO. CR-09-0015-EFS-14<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Pursuant to Federal Rule of Criminal Procedure 32.2(b), **IT IS HEREBY ORDERED:** Defendant shall forfeit the assets, as outlined below, to the United States pursuant to 21 U.S.C. § 853, as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the violations to which Defendant pled guilty, and as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of those violations, including: $28,000.00 U.S. Currency seized on or about June 25, 2008.

ORDER ~ 1

1 | **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 | this Order and to provide copies to all counsel.
3 | **DATED** this  26th  day of January 2010.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                         United States District Judge

Q:\Criminal\2009\15.14.prelim.forfeit.wpd

ORDER ~ 2